IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARTIN J. WALSH, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 22-683 |
| v. | ) ) | Judge Cathy Bissoon |
| OM SHIVA ENTERPRISE, INC., DURLABHJU UKANI, | ) ) ) ) | Magistrate Judge Cynthia Reed Eddy |
| Defendants. | ) | |

## MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Cynthia Reed Eddy for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On July 11, 2022, the Magistrate Judge issued a Report (Doc. 5) recommending that Plaintiff's Motion to Approve and Enter Consent Judgment (Doc. 4) be granted.  Service of the Report and Recommendation ("R&R") was made on the parties, and no objections have been filed.

After a review of the pleadings and documents in the case, together with the R&R, it hereby is **ORDERED** that the Motion to Approve and Enter Consent Judgment (**Doc. 4**) is **GRANTED** and the Magistrate Judge's R&R (Doc. 54) is adopted as the Opinion of the District Court.

**IT IS SO ORDERED.**

August 15, 2022

s/Cathy Bissoon
Cathy Bissoon
United States District Judge

cc (via ECF email notification):
All Counsel of Record